FLORENCE H. RECTOR, Respondent, *v.* FIRST TRUST AND DEPOSIT COMPANY, as Executor of JOHN E. RECTOR, Deceased, Appellant.

Argued January 13, 1948; decided March 11, 1948.

*D. Charles O'Brien* and *Barton C. Meays* for appellant.
*Albert Orenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: LEWIS, J.